IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULISSA REYES, BEATRIZ (BETTY) REYES AND MARTHA VASQUEZ, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown,<br>     Plaintiff,<br>v.<br><br>MC MAID WEST SUBURBAN, a/k/a MCMAID, INC., J.K. MAIDS, INC., MANHATTEN CLEANING CORP., KAYE W. LANGE, INDIVIDUALLY, JEFFERY LANGE, individually, and THERESA TATUM, individually,<br><br>     Defendants. | No. 16 cv 5791<br><br>Judge Durkin |

## STIPULATION TO DISMISS

In accordance with their confidential settlement agreement, and pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate that the captioned case be dismissed without prejudice, with leave to reinstate however for the sole purpose of allowing this Court to enforce the terms of the parties' settlement agreement. If a motion to reinstate (or to extend the date by which such a motion must be filed) is not filed on or before March 8, 2018, then the parties stipulate that the captioned case be dismissed with prejudice and without costs as of March 9, 2018, without further action by the Court.

| AGREED: | AGREED: |
|---|---|
| /s/Paul Luka | /s/Sean F. Darke (by permission) |
| One of the Plaintiffs' Attorneys | One of the Defendants' Attorneys |

| | |
|---|---|
| Paul Luka<br>Mendoza Law, P.C.<br>120 S. State Street, Suite 400<br>Chicago, IL 60603<br>(312) 508-6010<br>paul@alexmendozalaw.com | Sean F. Darke<br>Tyler Bohman<br>Wessels Sherman Joerg Liszka<br>  Laverty Seneczko P.C.<br>140 S. Dearborn Street Suite 404<br>Chicago, IL 60603-5230<br>(312) 629-9300<br>sedarke@wesselssherman.com |

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that s/he served a copy of the attached document/s on all parties of record by causing them to be issued through the Court's Electronic Case Filing System on the date listed in the electronic file-stamp.

  /s/Paul Luka
  One of the Plaintiff's Attorneys

Paul Luka
Mendoza Law, P.C.
120 S. State Street, Suite 400
Chicago, IL 60603
(312) 508-6010
paul@alexmendozalaw.com

BILLHORN LAW FIRM
53 W. Jackson Blvd.
Suite 840 Chicago, IL 60604
(312) 853-1450